[No. 60992-1-I.   Division One.   March 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHEAL LOUANNE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01478-7, Nicole MacInnes, J., entered December 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61044-9-I.   Division One.   March 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELL BENSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07105-7, Susan J. Craighead, J., entered December 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61142-9-I.   Division One.   March 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON LEWIS HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10952-6, Douglas D. McBroom, J., entered December 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61231-0-I.   Division One.   March 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06720-1, Jeffrey M. Ramsdell, J., entered January 22, 2008. *Affirmed* by unpublished per curiam opinion.